IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CR-98-206-T |
| | ) | |
| CLINTON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

The government has moved for a reduction of the defendant's sentence under the provisions of Rule 35(b) Federal Rules of Criminal Procedure. While the court finds the motion to be meritorious on the facts, the defendant has already been released from custody and is presently serving a term of supervised release. Accordingly, as the defendant would not benefit from the court granting the motion, it is deemed to be moot and is denied as such.

IT IS SO ORDERED this 11th day of October, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE